UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter 13
     ROBERT M. GEORGE,                              Case No.: 18-72034-las
                        Debtor.
-------------------------------------------------------X  **AFFIDAVIT OF SERVICE**
STATE OF NEW YORK)
                      ss.:
COUNTY OF SUFFOLK)

      COOPER J MACCO, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.
      On April 3, 2018, I served the within **Loss Mitigation Request – By Debtor** upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

**Via Certified Mail**
<u>Address On IRS 4506 Form</u>
Caliber Home Loans
13801 Wireless Way
Oklahoma City, Ok 73134

<u>Defense Attorney In Debtor's Foreclosure Action</u>
Cohn & Roth, LLC
Attorney for Caliber Home Loans
100 East Old Country Road
Mineola, NY 11501
Attn: Michael C. Nayar

<u>NY Secretary Of State Addresses</u>
Caliber Home Loans
c/o CT Corporation System
111 8th Ave
New York, New York, 10011

Caliber Home Loans, Inc.
Attn: Aubrey Meyers
3701 Regent Blvd, Ste 200
Irving, Texas, 75063

Caliber Home Loans
C/O The Corporation Trust Co.
277 Park Ave.
New York, New York, 10017

**VIA FIRST CLASS MAIL**
Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

                */s/ Cooper J Macco*
                COOPER J MACCO

Sworn to before me this
3rd day of April, 2018

*/s/ Loni Bragin*
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019