Law Offices Of

# COHN & ROTH, LLC

## 100 E. OLD COUNTRY ROAD MINEOLA, NEW YORK 11501
### (516) 747-3030 ☎ FAX (516) 747-3046

MICHAEL H. COHN
WILLIAM M. ROTH
-----------------------------
MICHAEL C. NAYAR
EDWARD C. KLEIN
KEVIN MacTIERNAN
LOUIS GRECO
JOSHUA KURZ

May 17, 2018

Peter Corey, Esq.
*Counsel for the Debtor*
Richard L. Stern, P.C.
2950 Express Drive South, Suite 109
Islandia, NY 11749

> Debtor: Robert M. George
> Case No.: 18-72034-las
> Loan No.: ending x3943

Dear Mr. Corey:

This firm represents The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 c/o Caliber Home Loans, Inc. (hereinafter "Caliber"), a secured creditor in connection with the above-referenced loss mitigation matter.

Pursuant to the Loss Mitigation Order, entered on 04/20/2018 (ECF Doc No 14), please be advised that you may contact myself, Carrie Altenburg, Paralegal at Cohn & Roth, LLC, at the above telephone number or by email at caltenburg@cohnroth.com, as I will be your main contact for this file.

In order to facilitate the request for Loss Mitigation, the following financial documentation is needed and should be forwarded **via email to caltenburg@cohnroth.com**:

A.    Hardship Letter, signed and dated;

B.    Paystubs – Two continuous months of the most recent pay stubs showing year-to-date income and withholding, or provide a letter from your employer containing the same information;

C.    Bank Statements – Three months of current bank statements, including all pages, even if blank;

D.    Profit and Loss Statement – If you are self-employed or have your own business, you must submit a year-to-date profit and loss statement showing the monthly income and expenses for each business and for each borrower that has their own business;

Page 2
May 17, 2018

E.    Award Letter – If your income includes social security, disability, unemployment benefits or pension payments, you must provide a copy of your reward letter showing such payments will remain continuous and proof that the payments are deposited regularly into your bank account;

F.    Rental Income – Copy of your lease agreement or letter from tenant stating how much rent is paid to the borrower and the terms of the lease, together with proof the amount of rent received is deposited into the borrower's bank account regularly;

G.    Contribution toward Mortgage from an Adult residing in the Home – Letter from each contributing adult stating the amount of money contributed monthly and proof that this amount is deposited regularly into the borrower's bank account;

H.    Federal Tax Returns, signed and dated, with all Schedules and W-2s – 2 years most recently filed or a copy of an extension, if still in effect. If you are self-employed please include business returns;

I.    Proof of Occupancy – A current utility bill in the borrower's name;

J.    Credit Report Authorization form (attached);

K.    4506T form (attached);

L.    Loss Mitigation Application form (attached); and

M.    Uniform Borrower Assistance form (710 form) (attached).

Pursuant to the Loss Mitigation Order, these documents are to be submitted to us no later than 05/31/2018.   We ask that you please provide us with these items as soon as possible, **via email to caltenburg@cohnroth.com**, so that Caliber may begin reviewing this loan.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,
Cohn & Roth, LLC

By:  /s/ Carrie Altenburg
        Carrie Altenburg
        Paralegal

Enc.
cc:   Robert M. George, *Debtor*





## LOSS MITIGATION APPLICATION

**COMPLETE ALL PAGES OF THIS FORM**
### See Instructions corresponding with numbers in brackets {} on form

Loan Number: **{1}**_____

| BORROWER {3} | CO-BORROWER {4} |
|---|---|
| Borrower's Name | Co-Borrower's Name |
| Social Security No.                    Date of Birth | Social Security No.                    Date of Birth |
| Home phone number. with area code | Home phone number with area code |
| Cell or work number with area code | Cell or work number with area code |
| Email Address: □ Please check this box if you would like to receive loan modification status and missing document information via email. | Email Address: □ Please check this box if you would like to receive loan modification status and missing document information via email. |

**{5}** Mailing address:

      Property address (if same as mailing address, just check same)        same

**{6}**
**I want to:**                    □ Keep the Property          □ Sell the Property

**The property is my:**        □ Primary Residence      □ Second Home              □ Investment

**The property is:**            □ Owner Occupied          □ Renter Occupied          □ Vacant

| {7} | {8} |
|---|---|
| Is the property listed for sale? □ Yes    □ No<br>Have you received an offer on the property? □ Yes    □ No<br><br>Date of offer:_____ Amount of offer: $ _____<br><br>Agent's Name? _____<br><br>Agent's Phone Number: _____<br><br>For Sale by Owner? □ Yes    □ No | Have you contacted a housing-counseling agency for help □ Yes □ No<br>If yes, please complete the following:<br>Counselor's Name: _____<br><br>Agency Name: _____<br><br>Counselor's Phone Number: _____<br><br>Counselor's E-mail: _____ |
| **{9}**<br>Who pays the real estate tax bill on your property:<br><br>□ I do      □ Lender does      □ Paid by condo or HOA<br><br>Are the taxes current?          □ Yes        □ No<br><br>Condominium or HOA fees      □ Yes      □ No  $_____<br><br>Paid to: _____ | **{10}**<br>Who pays the hazard insurance premium for your property?<br><br>□ I do      □ Lender does      □ Paid by condo or HOA<br><br>Is the policy current?              □ Yes    □ No<br><br>Name of Insurance Co.: _____<br><br>Insurance Co. Tel #: _____ |

Loss Mitigation Application Page 1 of 4

**COMPLETE ALL PAGES OF THIS FORM**
**See Instructions corresponding with numbers in brackets {} on form**

**{11} Bankruptcy**
Have you filed for bankruptcy?         □ Yes    □ No         If yes: □ Chapter 7  □ Chapter 13  Filing Date: _____
Has your bankruptcy been discharged?    □ Yes   □ No    Bankruptcy case number: _____

**{12}  Additional Liens/Mortgages or Judgments on this property:**

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**{13}   HARDSHIP AFFIDAVIT**
I am requesting review under your loss mitigation program.
I am having difficulty making my monthly payment because of financial difficulties created by  (check all that apply):

□    My household income has been reduced.  For example:
unemployment, underemployment, reduced pay or hours, decline in
business earnings, death, disability or divorce of a borrower or co-
borrower.

□    My monthly debt payments are excessive and I am overextended
with my creditors.  Debt includes credit cards, home equity or other
debt.

□    My expenses have increased.  For example:  monthly mortgage
payment reset, high medical or health care costs, uninsured losses,
increased utilities or property taxes.

□    My cash reserves, including all liquid assets, are insufficient to
maintain my current mortgage payment and cover basic living
expenses at the same time.

□    Other

**COMPLETE ALL PAGES OF THIS FORM**
### See Instructions corresponding with numbers in brackets {} on form

**{14}  Number of People in Household:**

| Income [1] | | Assets | | Expenses | |
|---|---|---|---|---|---|
| {15} Monthly Gross Wages | $ | {26}Checking Account(s) | $ | {37} First Mortgage Payment | $ |
| {16} Overtime | $ | {27} Checking Account(s) | $ | {38} Second Mortgage Payment | $ |
| {17}  Child Support / Alimony / Separation [2] | $ | {28} Savings/ Money Market | $ | {39} Insurance | $ |
| {18}  Social Security / SSDI | $ | {29} CDs | $ | {40} Property Taxes | $ |
| {19}  Other monthly income from pensions, annuities or retirement plans | $ | {30}Stocks / Bonds | $ | {41} Credit Cards / Installment Loan(s) (total minimum payment per month) | $ |
| {20} Tips, commissions, bonus and Self-Employed Income | $ | {31} Other Cash on Hand | $ | {42} Alimony, child support payments | $ |
| {21} Rental Income | $ | {32}  Other Real Estate (estimated value) | $ | {43} Net Rental Expenses | $ |
| {22} Unemployment income | $ | {33} Other: | $ | {44} HOA/Condo Fees / Property Maintenance | $ |
| {23} Food Stamps / Welfare | $ | {34} Other: | $ | {45} Car Payments | $ |
| | | | | {46} Food/Groceries | $ |
| | | | | {47} Utilities (Water/Electricity/Gas/ Trash) | $ |
| {24} Other | $ | {35} Other: | $ | {48} Other | $ |
| {25} Total (Gross Income) | $ | {36} Total Assets | $ | {49} Total Debt / Expenses | $ |

**ALL INCOME MUST BE DOCUMENTED**

[1]  Include combined monthly income and expenses from the borrower and co-borrower (if any).

[2]  You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

**LOSS MITIGATION APPLICATION**

## ACKNOWLEDGMENT AND AGREEMENT

*In making this request for consideration under your loss mitigation program, I certify under penalty of perjury:*

That all of the information in this document is truthful and the event(s) identified on page one is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

I understand that the Servicer, _____ , or its agents may investigate the accuracy of my statements and may require me to provide supporting documentation.  I also understand that knowingly submitting false information may violate the law.

I understand that the Servicer will pull a current credit report on all borrowers obligated on the Note.

I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any loss mitigation agreement and may pursue foreclosure on my home.

That my Property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.

I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

I am willing to commit to housing counseling if it is determined that my financial hardship is related to excessive debt.

I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity.  I understand and consent to the disclosure of my personal information and the terms of any loss mitigation agreement to any third party that needs this information to process this application, including but not limited to: any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate liens (if applicable) mortgage loan(s); any companies that perform support services in conjunction with my mortgage;  any HUD-certified housing counselor; and government regulators.

**{50}** _____    _____
Borrower Signature                                              Date

_____    _____
Co-Borrower Signature                                         Date

### Instructions for Completing the Loss Mitigation Application

**The numbers for each item below correspond to the same numbers in the form above.**

{1}   Your loan number on your mortgage loan statement.

{2}   Your loan ''Servicer'' is the financial institution that collects your monthly payment.

{3}   The borrower section must include information on the person whose name is on the ''Note'' for the mortgage loan.

{4}   The co-borrower is a second person on the Note for the mortgage loan.  Do not fill out this section for someone who is not obligated on the Note for the mortgage loan.

{5}   Please provide a mailing address and a residential ''Property'' address if different. The Property address should correspond to the mortgage for which you are submitting a Loss Mitigation Application.

{6}   For this section you should choose one option for each question.

{7}   If your Property is not listed for sale, you do not need to fill out the rest of Section 7.  Only include offers for sale that you received in the past year.

{8}   HUD-approved counselors are available free of charge and can be located on the HUD website at www.HUD.gov.

{9}   If your real estate taxes and property insurance are part of the monthly payment that you make to your servicer, select ''lender does.''  ''HOA'' means Homeowner's Association.

{10}   If your hazard insurance premium is part of the monthly payment that you make to your servicer, select ''lender does.''  ''HOA'' means Homeowner's Association.

{11}   The filing date indicates when you officially filed for bankruptcy.  Only check the ''yes'' box for a discharged bankruptcy if you received a discharge from bankruptcy.

{12}   Additional liens include second (or third) mortgages and home equity lines of credit.

{13}   Please select as many hardships as apply to your situation.  You can use the extra lines to explain your hardship.

{14}   Indicate the number of people in your household who contribute to the total income.

{15}   Monthly gross wages are what you receive before taxes.  Use your most current pay stub to find this amount.

{16}   This amount should be listed on a current pay stub.

{17}   If you receive child support, alimony, or separation maintenance income, you are not required to report it.

{18}   SSDI means Social Security/Disability Income.

{19}   Only include if you are retired and collecting income from retired funds.

{20}   Self-Employed or commission borrowers (1099) must provide a copy of the most recently filed Federal tax return with all schedules and the most recent quarterly or year-to-date profit/loss statement. You must also provide a copy of three (3) months recent and consecutive business bank statements, or personal bank statements if no business account exists.  If organized as a corporation or partnership, you must provide the most recently filed corporate or partnership returns with all schedules.

{21}   Only include rental income if used as part of your overall income. Include most recent tax return or current lease agreement or two cleared rent check copies.

{22}   You must have at least nine months of unemployment income to report on this form.

{23}   Report the amount indicated on your benefits letter.  A copy of your award letter must be provided.

{24}   Add all other income and report sum in this box.

{25}   Add all amounts in income column (boxes 15-24) and report sum.

{26} - {28}   Report amounts for all accounts, if applicable.

{29}   ''CDs'' means certificates of deposit.

{30} - {31}   Report amounts for all accounts, if applicable.

{32}   Include estimated value for all other properties owned.

{33}-{35}   Report any other assets other than the value of life insurance or retirement plans, such as 401K, pension funds, IRAs

{36}   Add all amounts in assets column (boxes 37-45) and report sum.

{37}   This amount can be found on your statement for your first mortgage.

{38}   If applicable, this amount can be found on the statement for your second mortgage or home equity lines of credit.

{39}   This refers only to homeowner's insurance and should be reported only if you pay this yourself.

{40}   Only report these taxes if you pay them yourself.

{41}   Add all credit cards and installment payments and report sum here.

{42}   If you are responsible for paying child support or alimony, you must report the amount here.

{43}   Report amount if your total rental income does not cover your total rental expenses.

{44}   ''HOA'' means Homeowner's Association.

{45}   Include car payments only if you are the owner of the vehicle.

{46}   Include all household food expenses.

{47}   Include all expenses for utilities (water, gas, electricity, trash).

{48}   Include any other pertinent household expenses.

{49}   Add all amounts in expense column (boxes 26-35) and report sum.

{50}   Please be sure to read the entire Loss Mitigation Application Acknowledgement and Agreement before signing.

Loss Mitigation Application Instructions



**USE AS INCOME VERIFICATION FOR CALIBER LOAN # _____**

**BORROWER NAME: _____**

## LETTER OF VERIFICATION:
## CONTRIBUTION TO HOUSEHOLD INCOME

Date _____

To:  Caliber Home Loans:

**This letter is written to state that I, _____ , contribute monthly**

**household income in the amount of $ _____ per month.   My relationship to your current**

**borrower is _____ .  I have attached 2 months of my most recent income**

**documentation to verify the source of the income.  I state that this information provided is correct and**

**to the best of my knowledge.**


**Respectfully,**


_____
Signature Required

**LET US GUIDE YOU HOME**



## NON-BORROWER CONTRIBUTOR CREDIT REPORT AUTHORIZATION

**Caliber Account Number: #** _____

**Borrower Name(s) (please print):** _____

**Each of the undersigned hereby acknowledges that Caliber Home Loans, Inc., as servicer for the owner of the above-referenced mortgage loan, has permission to verify and to obtain any credit information or data, for any legitimate business purpose through any source, including a consumer reporting agency. (Non-borrower contributor(s) authorizing Caliber to pull their credit report must sign, date and provide their social security number below)**

**X** _____    _____
Non-borrower Contributors Signature                  Date

_____
Printed Name

_____
Social Security #

**X** _____    _____
Non-borrower Contributors Signature                  Date

_____
Printed Name

_____
Social Security #

Form **4506-T**

(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**

▶ **Request may be rejected if the form is incomplete or illegible.**

▶ **For more information about Form 4506-T, visit** *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶   **1040**

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  .   .   .   .   .   . ☒

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days  .   .   . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days  .   .   .   .   . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days  .   . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days  .   . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.     12/ 31 / 2018      12/ 31 / 2017      12/ 31 / 2016      / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

**X** **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)                                           Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                                           Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**      Cat. No. 37667N      Form **4506-T** (Rev. 9-2015)

Form 4506-T (Rev. 9-2015)                                                                                                            Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888  559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250  859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

## Borrower's Monthly Expenses

Name _____ Loan No. _____ Date _____

Home _____ Cell _____ Best Time to Contact _____

E-Mail _____

*E-Mail address may be used to provide you with documentation throughout the modification process.*

| Description | | Monthly Payment | Balance Due | # of months behind |
|---|---|---|---|---|
| **Housing Loans** | 1st Mortgage | | | |
| | 2nd Mortgage | | | |
| | | | | |
| **Housing Expense** | Property Taxes | | | |
| | Homeowners Insurance | | | |
| | HOA Fees | | | |
| | | | | |
| **Other Loans** | #1 | | | |
| | #2 | | | |
| | Car 1 | | | |
| | Car 2 | | | |
| | | | | |
| **Credit Cards** | #1 | | | |
| | #2 | | | |
| | #3 | | | |
| | #4 | | | |
| | | | | |
| **Utilities** | Gas/Electricity | | | |
| | Water/Sewer | | | |
| | Cable TV | | | |
| | Telephone/Cell | | | |
| | | | | |
| **Medical Expenses** | Health Insurance *(if you pay)* | | | |
| | Life Insurance *(if you pay)* | | | |
| | Doctor/Dentist Bills | | | |
| | Prescriptions | | | |
| | Hospital Bills | | | |
| | | | | |
| **Car Expenses** | Gasoline | | | |
| | Auto Insurance | | | |
| | Parking | | | |
| | Maintenance | | | |
| | | | | |
| **Food** | Family at Home | | | |
| | School Lunches | | | |
| | Work Lunches | | | |
| | | | | |
| **Clothing** | New Clothes/Shoes | | | |
| | Dry Cleaning | | | |
| | | | | |
| **Entertainment** | Movies/Dining Out | | | |
| | Vacations | | | |
| | Spending Money | | | |
| | | | | |
| **Other** | Church | | | |
| | Clubs or Union Dues | | | |
| | Sports/Hobbies | | | |
| | | | | |
| **Other** *(Please List)* | | | | |
| | | | | |
| | | | | |
| | **Total** | | | |

Borrower Signature: _____ Dated: _____

Co-Borrower Signature: _____ Dated: _____

## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions.  On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets.  Page 2 also lists the required income documentation that you must submit in support of your request for assistance.  Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship.  The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE**:  In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

**REMINDER:  The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.**

| | |
|---|---|
| Loan Number _____ | ¨ (usually found on your monthly mortgage statement) |
| Servicer's Name ¨ | |

| I want to: | ☐ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|

| The property is currently: | ☐ My Primary Residence | ☐ A Second Home | ☐ An Investment Property |
|---|---|---|---|

| The property is currently: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |
|---|---|---|---|

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER / DATE OF BIRTH | SOCIAL SECURITY NUMBER / DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | EMAIL ADDRESS |

| | |
|---|---|
| Is the property listed for sale?  ☐ Yes  ☐ No | Have you contacted a credit counseling agency for help? |
| If yes, what was the listing date? _____ | ☐ Yes          ☐ No |
| If property has been listed for sale, have you received an offer on the property?  ☐ Yes  ☐ No | If yes, please complete the counselor contact information below: |
| Date of offer: _____ Amount of Offer: $ _____ | Counselor's Name: _____ |
| Agent's Name: _____ | Agency's Name: _____ |
| Agent's Phone Number: | Counselor's Phone Number: _____ |
| For Sale by Owner?  ☐ Yes  ☐ No | Counselor's Email Address: _____ |

Do you have condominium or homeowner association (HOA) fees?  ☐ Yes  ☐ No

Total monthly amount: $ _____          Name and address that fees are paid to:

Have you filed for bankruptcy?  ☐ Yes  ☐ No     If yes:  ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 12   ☐ Chapter 13

If yes, what is the filing Date: _____   Has your bankruptcy been discharged?  ☐ Yes   ☐ No   Bankruptcy case number: _____

| | | |
|---|---|---|
| Is any Borrower an active duty service member? | ☐ Yes | ☐ No |
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ Yes | ☐ No |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes | ☐ No |

## UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s)excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | $ | First Mortgage Payment | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony* | $ | Homeowner's Insurance | $ | Savings / Money Market | $ |
| Non-taxable social security/SSDI | $ | Property Taxes | $ | CDs | $ |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Car Lease Payments | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other | $ |
| Food Stamps/Welfare | $ | Mortgage Payments on other properties | $ | | $ |
| Other | $ | Other | $ | | $ |
| Total (Gross income) | $ 0 | Total Household Expenses and Debt Payments | $ 0 | Total Assets | $ 0 |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| Lien Holder's Name | Balance and Interest Rate | Loan Number | Lien Holder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Required Income Documentation

☐ **Do you earn a salary or hourly wage?**
For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' or four weeks' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☐ **Are you self-employed?**
For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☐ **Do you have any additional sources of income?** Provide for each borrower as applicable:
**"Other Earned Income"** such as bonuses, commissions, housing allowance, tips, or overtime:
☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).
**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**
☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.
**Rental income:**
☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported reduced by the monthly debt service on the property, if applicable; or
☐ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.
**Investment income:**
☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
**Alimony, child support, or separation maintenance payments as qualifying income:***
☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

***Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.**

## UNIFORM BORROWER ASSISTANCE FORM

### HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.        Date Hardship Began is:

I believe that my situation is:

☐ Short-term (under 6 months)        ☐ Medium-term (6 – 12 months)        ☐ Long-term or Permanent Hardship (greater than 12 months)

**I am having difficulty making my monthly payment because of reason set forth below:**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical bills<br>None of the above shall require providing detailed medical information. |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employment transfer / Relocation | **For active duty service members:** Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>**For employment transfers/new employment:**<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Paystub from new employer<br><br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>    ☐ Bankruptcy filing for the business; OR<br>    ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>    ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

**Borrower/Co-Borrower Acknowledgement and Agreement**

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.

2. The accuracy of my statements may be reviewed by the Servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all Servicer, or authorized third party*, communications.

3. Knowingly submitting false information may violate Federal and other applicable law.

4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the Servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

5. The Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:

    a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.

    b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the Servicer.

    c. The Servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.

    d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.

7. A condemnation notice has not been issued for the property.

8. The Servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.

9. The Servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my social security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the Servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:

    a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and

    b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.

10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the Lender/Servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐ text messaging.

_____     _____     _____     _____
Borrower Signature                            Date              Co-Borrower Signature                      Date

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.