UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
In re:

Robert M. George,

Debtor.
------------------------------------------------------------

Case No. 8-18-72034-LAS

Chapter 13

### ORDER DIRECTING ADEQUATE PROTECTION PAYMENT

Upon the motion (the "Motion") of Robert M. George (the "Debtor"), by and through his counsel, Richard L. Stern, P.C., for an order compelling Marianne DeRosa, Esq., the chapter 13 trustee (the "Trustee") of the Debtor's estate, to make a pre-confirmation adequate protection payment in the amount of $4,689.40 (the "Pre-Confirmation Payment") to Caliber Home Loans (the "Secured Creditor"), which holds a mortgage against the real property located at, and known as, 574 Smithtown Avenue, Bohemia, New York 11716, in order to permit the Debtor to enter into a loan modification agreement; and the Motion having been served upon the Secured Creditor's counsel and the Trustee; and no objections to the relief requested in the Motion having been filed; and a hearing on the Motion having been held on September 25, 2018; and the Court having found that the relief requested in the Motion to be in the best interests of the Debtor's creditors and estate; it is hereby

**ORDERED,** that the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that Trustee shall remit the Pre-Confirmation Payment in the amount of $4,689.40 payable to "Caliber Home Loans, Inc." at Caliber Home Loans, Inc., Attn: SPOC Department, 13801

Wireless Way, Oklahoma City, OK 73134, within ten (10) days of entry of this Order.



**Dated: September 25, 2018**
**Central Islip, New York**

Louis A. Scarcella
**Louis A. Scarcella**
**United States Bankruptcy Judge**